IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOHN LAUGHLIN**,<br><br>        Plaintiff,<br><br>    v.<br><br>**PRIME WIMBLEDON SPE, LLC, PRIME ADMINISTRATION, LLC, and RACHEL LARSON**,<br><br>        Defendants. | Case No. 3:18-CV-1403-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

Plaintiff and Defendant RACHEL LARSON have stipulated to the dismissal of all claims against RACHEL LARSON pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Accordingly the Motion to Dismiss (ECF 7) filed by RACHEL LARSON is DENIED AS MOOT.

**IT IS SO ORDERED.**

DATED this 7th day of September, 2018.

                                                          /s/ *Michael H. Simon*
                                                          Michael H. Simon
                                                          United States District Judge